**Order filed October 27, 2016**



## In The

# Eleventh Court of Appeals

_____

### No. 11-16-00177-CV

_____

**KERWIN STEPHENS; THUNDERBIRD OIL & GAS, LLC; THUNDERBIRD RESOURCES, LLC; THUNDERBIRD LAND SERVICES, LLC; STEPHENS & MYERS, LLP; AND CHESTER CARROLL, Appellants**

**V.**

**THREE FINGER BLACK SHALE PARTNERSHIP; TREK RESOURCES, INC.; TIBURON LAND & CATTLE, L.P.; L.W. HUNT RESOURCES, LLC; AND RICHARD RAUGHTON, Appellees**

———and———

**L.W. HUNT RESOURCES, LLC AND RICHARD RAUGHTON, INDIVIDUALLY AND AS SUCCESSOR IN INTEREST OF ARAPAHO ENERGY, LLC, Cross-Appellants**

**V.**

**KERWIN STEPHENS; THUNDERBIRD OIL & GAS, LLC; THUNDERBIRD RESOURCES, LLC; THUNDERBIRD LAND**

**SERVICES, LLC; STEPHENS & MYERS, LLP; AND CHESTER CARROLL, Cross-Appellees**

**On Appeal from the 32nd District Court**
**Fisher County, Texas**
**Trial Court Cause No. DC-2013-0016**

# O R D E R

On September 15, 2016, this court issued an order in which we granted a temporary stay of the enforcement and execution of the underlying judgment against Appellants Kerwin Stephens and Thunderbird Resources, LLC so that Stephens and Thunderbird Resources could file a motion to review pursuant to Rule 24.4 of the Texas Rules of Appellate Procedure. We received their motion on October 11, 2016. On this day, October 27, 2016, we have denied the motion to review. Accordingly, we hereby dissolve the temporary stay entered by this court on September 15, 2016.

PER CURIAM

October 27, 2016

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.